# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 14, 2013

Lyle W. Cayce
Clerk

No. 13-30181
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BEATRICE NWUGO ANYANWU,

Defendant-Appellant

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:10-CR-101-2

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Beatrice Nwugo Anyanwu on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Anyanwu has not filed a response. Counsel contends Anyanwu can raise no nonfrivolous issues on appeal because she agreed to waive her rights, including those conferred by 18 U.S.C. § 3742, to appeal from her conviction and sentence. Further, counsel has certified, as

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30181

required by *United States v. Acquaye*, 452 F.3d 380, 382 (5th Cir. 2006), that the Government intends to rely on the appellate waiver in this case.

Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.